THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EMIL H. BRIE, Appellant

(Submitted February 28, 1887, decided March 8, 1887.)

*Alex. S. Bacon* and *Abraham Suydam* for appellant.

*Randolph B. Martine* and *De Lancey Nicoll* for respondent.

Agreed to affirm on the prevailing opinion below.
All concur
Judgment affirmed

---

ALLEN BLOOMFIELD et al., as Executors, etc., Respondents,
*v.* GEORGE CLARKE, Appellant.

(Argued March 1, 1887 : decided March 8, 1887.

*James B. Jenkins* for appellant

*James A. Lynes* for respondents.

Agree to affirm , no opinion.
All concur
Order affirmed

---

In the Matter of the Petition of LEONARD SCOTT to vacate
an Assessment.

(Argued March 1, 1887, decided March 8, 1887 )

*D. J Dean* for appellant

*Herbert A. Shipman* for respondent.

Agree to affirm ; no opinion
All concur
Order affirmed.